[No. 10131.  Department One.  August 20, 1912.]

## Falls City Machinery and Supply Company, *Respondent*, v. David Goodstein *et al.*, *Appellants*.[1]

Appeal—Review—Findings.  Findings upon conflicting evidence
will not be disturbed if sustained by any evidence.

Appeal from a judgment of the superior court for Spokane
county, Kennan, J., entered May 20, 1911, upon findings
in favor of the plaintiff, in an action on contract.  Affirmed.

*L. L. Westfall,* for appellants.

*Campbell & Goodwin* and *J. B. Campbell,* for respondent.

Per Curiam.—The only question involved is one of fact.
Action was brought by plaintiff to recover the reasonable
value of certain work done by it at the special instance and
request of the defendants.  The defense was that the parties
had made an express contract, and that the demand was in

[1]Reported in 125 Pac. 786.

excess of the contract price.    The amount admitted to be
due, less the amount of a counterclaim, was tendered.    From
findings and a judgment in favor of plaintiff, appeal is taken.

We are asked, because of certain testimony which is set out
in the brief, to ignore the rule of practice, so often an-
nounced, that we will not disturb the findings of the trial
judge if there be any testimony to sustain it.    But, taking
the testimony relied on at its full worth, a careful reading of
the record convinces us that there is still such conflict as to
call for the application of the rule.    It may be true that the
minds of the parties never met.    Certain it is that, whatever
the decision of the lower court might have been, or that of
this court may be, the losing party will still be unconvinced;
for we are impressed with the good faith of all parties to this
piece of litigation.    It is just this result that makes the rule
suggested almost imperative, and the court below having
found for the respondent and there being some evidence to
sustain the judgment, we do, upon the principle announced,
affirm the judgment of the lower court.